PHILLIP A. TALBERT
United States Attorney
HENRY Z. CARBAJAL III
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:04-cr-5098 |
| Plaintiff, | STIPULATION RE RESTITUTION AND CORRECTION TO JUDGMENT; ORDER |
| v. | |
| JOSHUA CRAIG TABER, | JUDGE: Hon. Lawrence J. O'Neill |
| Defendant. | |

**STIPULATION**

The United States of America, by and through its counsel of record, and defendants, by and through their respective counsel of record, hereby stipulate as follows:

1. Defendant Taber was sentenced by the Hon. Oliver W. Wanger on August 9, 2004, following conviction after a guilty plea of one count of conspiracy to commit bank fraud (18 U.S.C. § 371), Count One of the Superseding Information.

2. Whereas the Presentence Report for the defendant recommended that the total restitution amount be $80,052, comprising separate amounts for three victims including $9,575 to Bank of America, for conviction of Count One of the Superseding Information. Taber PSR, at 7.

3. Whereas defendant Taber's judgment appears to incorrectly list Total Loss and

1

Restitution Ordered to Bank of America as $9,579.  See Dkt. No. 9, at 5 (Taber judgment).

4. The parties have reached this agreement and stipulation to correct the defendant's judgment, and to otherwise clarify by Court order, as follows:

5. The Total Loss and Restitution Ordered to victim Bank of America pursuant to the defendant's conviction on Count One of the Superseding Information is $9,575.

6. If necessary for the disbursement and accounting of restitution owed and paid, the defendant's judgment (Dkt. No. 9) shall be deemed to incorporate this stipulation.

IT IS SO STIPULATED.

DATED: September 21, 2017

/s/ Henry Z. Carbajal III
HENRY Z. CARBAJAL III
Assistant United States Attorney

DATED: September 21, 2017

/s/Phillip H. Cherney
PHILLIP H. CHERNEY
Counsel for Defendant
JOSHUA CRAIG TABER

IT IS SO ORDERED.

Dated: **September 21, 2017**   /s/ Lawrence J. O'Neill
UNITED STATES CHIEF DISTRICT JUDGE